# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| JENNIFER J. TAYLOR, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON CALLAWAY; RONALD KRALL; CHRISTOPHER RAINS, | ) ) ) | |
| | ) | |
| Defendants-Appellees, | ) | Case No. 13-1260 |
| | ) | |
| and | ) | |
| | ) | |
| REPUBLIC SERVICES, INC., REPUBLIC SERVICES OF VIRGINIA, LLC; DOUGLAS MURPHY; DANIEL E. JAMESON | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JENNIFER J. TAYLOR, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REPUBLIC SERVICES, INC., REPUBLIC SERVICES OF VIRGINIA, LLC; | ) ) | |
| | ) | |
| Defendants-Appellee, | ) | Case No. 13-1315 |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| JASON CALLAWAY; RONALD KRALL; CHRISTOPHER RAINS; DOUGLAS | ) ) | |

15431581v.1

| | |
|---|---|
| MURPHY; DANIEL E. JAMESON, | ) |
| | ) |
| Defendants. | ) |

| | | |
|---|---|---|
| JENNIFER J. TAYLOR, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REPUBLIC SERVICES, INC., REPUBLIC | ) | |
| SERVICES OF VIRGINIA, LLC; | ) | |
| | ) | |
| Defendants-Appellee, | ) | Case No.  13-1363 |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| JASON CALLAWAY; RONALD KRALL; | ) | |
| CHRISTOPHER RAINS; DOUGLAS | ) | |
| MURPHY; DANIEL E. JAMESON, | ) | |
| | ) | |
| Defendants. | ) | |

## Appellees' Objections to Appellant's Docketing Statement

Appellees Republic Services, Inc. and Republic Services of Virginia, LLC (collectively, "Appellees"), pursuant to Local Rule 3(b), hereby object to Appellant Jennifer J. Taylor's ("Taylor") Docketing Statement (Docket No. 16-1)[1] as follows.

---

[1] These objections respond to Taylor's Docketing Statement in Case No. 13-1315. Appellees will respond to any future docketing statement made in Case No. 13-1363 if and when it is filed.

2

15431581v.1

1. <u>Appeal Not from Final Judgment or Order</u>

Taylor has filed multiple appeals, none of which are from final appealable judgments. Taylor filed a five-count complaint against two corporate defendants and five individual defendants. Following multiple grants of partial summary judgment, portions of two counts as to the Appellees, two corporate defendants, remain. The case is set for trial with respect to the remaining claims, issues and defendants on May 6, 2013.

The lower court did not, in any of its orders granting partial summary judgment, state that there was no just reason for delay with respect to appeal. This Court therefore lacks jurisdiction with respect to the purported appeals and they should be dismissed. Should Taylor's counsel decline to withdraw the appeals, a motion to dismiss will be submitted.

2. <u>Oral Argument Not Necessary</u>

Oral argument is not necessary because the Court does not have jurisdiction over the purported appeals.

Dated: April 5, 2013

Respectfully submitted,

REPUBLIC SERVICES, INC. AND REPUBLIC SERVICES OF VIRGINIA, LLC

By      /s/ Taron K. Murakami
    Raymond C. Baldwin
    Taron K. Murakami
    SEYFARTH SHAW LLP
    975 F Street, N.W.
    Washington, DC  20004-1454
    Telephone:  (202) 463-2400
    Facsimile:  (202) 828-5393
    rbaldwin@seyfarth.com
    tmurakami@seyfarth.com

    Mark Kisicki
    Joleen R. Okun
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    1909 K Street, N.W., Suite 1000
    Washington, D.C.  20006
    Telephone: (808) 887-0855
    Facsimile:   (202) 887-0866
    mark.kisicki@ogletreedeakins.com
    joleen.okun@ogletreedeakins.com

    *Counsel for Appellees*

4

15431581v.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing Appellees' Objections to Appellant's Docketing Statement was filed by CM/ECF on April 5, 2013, with service on the following:

>Carla D. Brown
>cbrown@cbcblaw.com
>CHARLSON BREDEHOFT COHEN BROWN & SAKATA, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, VA 20190
>*Counsel for Appellant Jennifer J. Taylor*

>　　　　　　　　　　　　　　/s/ Taron K. Murakami
>　　　　　　　　　　　　　　Taron K. Murakami

15431581v.1